Jeffrey W. Melvin II  
(Plaintiff)

No: 1:19-cv-00515-JMS-DLP

vs.

Holly Calhoun  
(Defendant)

## Motion For Summary Judgement on the issue of Failure to Exhaust Administrative Remedies

Comes now the Plaintiff, Jeffrey Melvin II replies to the defendants motion for summary Judgement on the issue of failure to Exhaust administrative Remedies. I the plaintiff did exhaust administrative remedies by filing a grivance that I got off the med cart while I was still being housed in the medical block in Bartholomew County Jail. Once I was done with it I slid it in the door so that the gaurd would be able to pick it up when they did walk through. The plaintiff has NO control what happens to them after they are taken. Due to the fact that the plaintiff is pro-se and is limited to the materials and everything he needs to be able to fully repersent hisself. The plaintiff knows he filed the grivance but it was either lost or thrown away. The plaintiff has witnesses that actually seen the bone fragment but as of producing the grivance the plaintiff can't because it was taken out the door of he's cell then from there he don't know what happened to it.

So said and written on the 14th day of September 2019.

Jeffrey Melvin II  
1445 Gardner LN  
Corydon, IN 47112